IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| NANCY AVINA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:19-cv-00480-RK |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| Defendant. | ) | |

**EXHIBIT INDEX FOR PLAINTIFF'S RESPONSE TO
DEFENDANT'S STATEMENT OF PURPORTEDLY UNCONTROVERTED
MATERIAL FACTS AND PLAINTIFF'S STATEMENT OF
MATERIAL FACTS FOR TRIAL**

| **Exhibit** | **Document Description** | **Bates No.** |
|---|---|---|
| A | 2017 EEO Investigation Documents | UPAvina 002512 – 002525 |
| B | Collective Bargaining Agreement with Transportation Communications Union (Eff. 7/31/2006) | UPAvina 002226 – 002420 |
| C | Various Emails concerning Eyewash Station in June 2017 | PLF 000448 – 000450 |
| D | Letter July 7, 2017 acknowledging receipt of complaint | PLF 000085 |
| E | Application for Administrative Aide position in 2018 | UPAvina 000034 – 000037 |
| F | HR Reporting System for Nancy Avina (as of 7/12/2019) | UPAvina 000001 – 000022 |
| J (Defendant's) | Material Handler Job Description | UPAvina 000089 – 000090 |
| K (Defendant's) | Patrial Copy of CBA Agreement with Transportation Communications Union | UPAvina 002226; 002266 – 002280 |
| M (Defendant's) | HR Reporting System – Personal Information and Work History for Nancy Avina (as of 7/12/2019) | UPAvina 000001 – 000003 |
| N (Defendant's) | Declaration of Jacob E. Langel | N/A |
| O (Defendant's) | Email 1/9/2019 from Craig Mitchell to Jeffrey Anderson re: listing of bids for 1E Material Supervisor in 2017 and 2018 | UPAvina 000395 – 000396 |
| P (Defendant's) | Declaration of Jeffery A. Anderson | N/A |

1

| Exhibit | Document Description | Bates No. |
|---|---|---|
| Q (Defendant's) | Administrative Aide job posting | UPAvina 000439 – 000440 |
| R (Defendant's) | Declaration of Marvin Kohles | N/A |
| Avina Depo. Exh. 2 | Hr Reporting System Work History for Nancy Avina (as of 7/12/2019) | UPAvina 000002 – 000003 |
| Avina Depo. Exh. 5 | Equal Employment Opportunity / Affirmative Action Policy Eff. 12/5/2000 (Rev. 4/7/2017) | UPAvina 000233 – 000236 |
| Avina Depo. Exh. 6 | Union Pacific Values Line | UPAvina 000331 – 000333 |
| Avina Depo. Exh. 9 | List of Supervisors for Nancy Avina from 7/1/2009 | UPAvina 000084 |
| Avina Depo. Exh. 10 | Safety Hotline Report 6/15/2017 | PLF 000088 – 000089 |
| Avina Depo. Exh. 11 | Safety Hotline Issue Details created 6/15/2017 | UPAvina 000049 – 000050 |
| Avina Depo. Exh. 12 | Values Line Complaint filed by Nancy Avina 6/28/2017 | UPAvina 000339 – 000341 |
| Avina Depo. Exh. 13 | Email 7/7/2017 from Kathleen Nicolini re: allegations made; handwritten notes made by Nancy Avina | PLF 000509 |
| Avina Depo. Exh. 14 | Email 7/24/2017 from Avina to Sarah Yrkoski re: safety hotline report made | PLF 000540 – 000542 |
| Avina Depo. Exh. 15 | Emails 7/24/2017 to Yrkoski re: emails promised to forward about Miller and King | PLF 000530 – 000536 |
| Avina Depo. Exh. 16 | MAPS Coaching Form 7/10/2017 | PLF 000538 |
| Avina Depo. Exh. 17 | Email 8/22/2017 to Nicolini re: incident over weekend with Miller | PLF 000558 |
| Avina Depo. Exh. 18 | Values Line Complaint filed by Nancy Avina on 11/27/2018 | UPAvina 000336 – 000338 |
| Avina Depo. Exh. 19 | Email 1/31/2018 to Mitchell etc. re: reporting Harassment by Miller | PLF 000640 – 000641 |
| Avina Depo. Exh. 21 | TRM Lite Ticket 12/14/2018 re: requesting copy of personnel file | PLF 000092 – 000093 |
| Avina Depo. Exh. 22 | Email 1/23/2019 to Jerry Kirkpatrick re: request for personnel file | PLF 000760 – 000761 |
| Avina Depo. Exh. 27 | Notice of Abolishment 10/18/2019 for Avina's Material handler position | PLF 001054 – 001055 |
| Avina Depo. Exh. 28 | Notes authored by Avina | PLF 001087 |
| Avina Depo. Exh. 29 | List of Applications made by Avina | PLF 000062 – 000064; 000068 – 000077; 000453 |

| Exhibit | Document Description | Bates No. |
|---|---|---|
| Avina Depo. Exh. 39 | Extraction Report for Text Messages with Michelle Collins | PLF 001836 – 001883 |
| Avina Depo. Exh. 40 | HR Reporting System – Complete Training History for Avina (as of 7/12/2019) | UPAvina 000004 – 000018 |
| Robinson Depo. Exh. 9 | HR Reporting System – Employee Discipline History for Kantrell Robinson (as of 11/6/2019) | UPRobinson 000188 - 000189 |
| Robinson Depo. Exh. 16 | Bulletin for Material Supervisor 1E position 5/31/2017 – Awarded to Melanie King | PLF 000485 – 000487 |
| Robinson Depo. Exh. 17 | Email chain 6/19/2017 with Robinson and Miller re: resume for Material Supervisor 1E position | PLF 000001 - 000004 |
| Perkins Depo. Exh. 40 | HR Reporting System for Jennifer Perkins (as of 2/21/2020) | UPAvina 000162 – 000172 |
| Perkins Depo. Exh. 55 | Values Line Complaint filed by Avina 11/27/2018 (different format) | UPRobinson 000520 – 000522 |
| Perkins Depo. Exh. 70 | Transcript of Disqualification Hearing for Kantrell Robinson on 3/5/2019 | UPRobinson 00049 – 000118 |
| Wood Depo. Exh. 80 | Notice of Abolishment for all Material Handler positions 10/18/2019 | PLF 001056 – 001071 |
| Wood Depo. Exh. 83 | Temporary Posting for Material Handlers 10/21/2019 | PLF 001051 |
| Wood Depo. Exh. 84 | Temporary Posting for Material Supervisor 1E 1/17/2020 | PLF 001766 |
| Wood Depo. Exh. 85 | Notice of Abolishment for Material Supervisor 1E 12/28/2019 | PLF 001919 – 001920 |
| Wood Depo. Exh. 86 | Notice of Bulletin Opening for Material Supervisor 1E 2/5/2020 | PLF 001767 – 001768 |
| Miller Depo. Exh. 95 | HR Reporting System for Samantha Miller (as of 2/21/2020) | UPAvina 000193 – 000204 |
| Miller Depo. Exh. 96 | Values Line Complaints filed against Samantha Miller | UPAvina 001355 – 001361 |
| Miller Depo. Exh. 97 | Listing of Applicants for Administrative Aide position | UPAvina 000441 – 000457 |
| Serrone Depo. Exh. 103 | HR Reporting System for Michael Serrone (as of 10/28/2020) | UPRobinson 001040 – 001045 |
| Serrone Depo. Exh. 105 | Email 9/25/2018 from Cindi Wood re: holding breakfast meeting | PLF 000014 - 000015 |

## DECLARATIONS:

| Pl. Decl. | Declaration of Nancy Avina (Plaintiff) |
|---|---|
| Langel Decl. | Declaration of Jacob E. Langel (Defendant's – *See* Defendant's Exh. N) |
| Kohles Decl. | Declaration of Marvin Kohles (Defendant's – *See* Defendant's Exh. R) |
| Anderson Decl. | Declaration of Jeffery A. Anderson (Defendant's – *See* Defendant's Exh. P) |
| Collins Decl. | Declaration of Michelle Collins |
| Goode Decl. | Declaration of Jolenta Goode |

## DEPOSITIONS:

| Anderson Depo. | Deposition of Jeff Anderson December 1, 2020 |
|---|---|
| Pl. Depo. I | Deposition of Nancy Avina September 1, 2020 |
| Pl. Depo. II | Deposition of Nancy Avina (*Robinson v. Union Pacific*) December 4, 2020 |
| Kirkpatrick Depo. | Deposition of Jerry Kirkpatrick November 19, 2020 |
| Miller Depo. | Deposition of Samantha Miller November 17, 2020 |
| Mitchell Depo. | Deposition of Craig Mitchell November 19, 2020 |
| Perkins Depo. | Deposition of Jennifer Perkins September 28, 2020 |
| Robinson Depo. I | Deposition of Kantrell Robinson (November 16, 2020 |
| Robinson Depo. II | Deposition of Kantrell Robinson Vol. I (*Robinson v. Union Pacific*) September 10, 2020 |
| Robinson Depo. III | Deposition of Kantrell Robinson Vol. II (*Robinson v. Union Pacific*) November 16, 2020 |
| Serrone Depo. | Deposition of Michael Serrone November 24, 2020 |
| Wood Depo. | Deposition of Cindi Wood October 12, 2020 |