Plaintiff's Exhibit C


**Supply Eye Wash Station**
Samantha G. Miller  to: Frank B. Cruz Jr
Cc: Nancy Avina, Kimberly A. Sandford

06/14/2017 10:51 AM

1 attachment


IMG_0669.JPG

Frank - Are you able to drop off the 2/5 gallon of water the Mech Rip Track Supply Ops.
Nancy - please advise when the water has been changed in the eye wash station this month.  Please update the signature card on the eye wash station.

Sent from my iPhone

N. AVINA
JUN 14 2017
RECEIVED

**Eye Wash station**
Kimberly A. Sandford   to: Nancy Avina

06/14/2017 10:52 AM

Nancy,
When Frank comes over and changes the eye wash station would you please sign off on the card that it was done.

Thanks

N. AVINA
JUN 14 2017
RECEIVED

Case 4:19-cv-00480-RK   Document 70-4   Filed 03/15/21   Page 3 of 4

PLF 000449



**Re: Supply Eye Wash Station**
Nancy Avina to: Samantha G. Miller
Cc: Frank B. Cruz Jr, Kimberly A. Sandford, Craig E. Mitchell, Stephanie Y. Vaughn, Randy A. Bridge
Bcc: Peter A. Newton

06/16/2017 07:13 AM

After speaking with Craig yesterday, he has instructed me to place an out of service sign on eye wash station until further notice.

Thanks Nancy Avina

---

Samantha G. Miller          Frank - Are you able to drop off the 2/5 gallon of water the Mech Rip Track Sup...          06/14/2017 10:51:23 AM

From:     Samantha G. Miller/UPC
To:       Frank B. Cruz Jr/UPC@UP
Cc:       Nancy Avina/UPC@UP, Kimberly A. Sandford/UPC@UP
Date:     06/14/2017 10:51 AM
Subject:  Supply Eye Wash Station

```
Frank - Are you able to drop off the 2/5 gallon of water the Mech Rip Track Supply Ops.
Nancy - please advise when the water has been changed in the eye wash station this month.  Please update the
signature card on the eye wash station.


[attachment "IMG_0669.JPG" deleted by Nancy Avina/UPC]


Sent from my iPhone
```

---



**Eye Wash station**
Kimberly A. Sandford to: Nancy Avina

Nancy,
When Frank comes over and changes the eye wash station would you please sign off on the card that it was done.

Thanks

Case 4:19-cv-00480-RK   Document 70-4   Filed 03/15/21   Page 4 of 4

PLF 000450