Plaintiff's Exhibit D

**Union Pacific Railroad**
1400 Douglas Street, Stop 310
Omaha, NE 68179

Ph. (866) 877-3362

Equal Employment Opportunity
Affirmative Action

July 7, 2017

Nancy Avina
958 S. 73rd Terr. Lot 93
Kansas City, KS, 66111

Dear Nancy:

Please be advised that the EEO Department has received your complaint of possible EEO policy violations. Wesley Dooley, EEO Investigator, and I will be responsible for investigating your complaint. We will investigate your allegation as quickly and thoroughly as possible; however, claims may take up to 60 days to investigate and resolve.

If there is additional information about your complaint that would be relevant to our investigation, but was not mentioned in the initial complaint, please contact me at the number and/or email address below. You can also contact Wesley by phone at (402) 544-0050 or via email at wadooley@up.com.

Also, as you know, Union Pacific prohibits retaliation against any person who has made a good faith report of alleged EEO violations. If you believe that you are being retaliated against because of your EEO complaint, please contact the EEO Hotline immediately at (866) 877-3362.

Thank you for bringing this important matter to our attention.

Regards,

*Kathleen A Nicolini*

Kathleen A. Nicolini, MBA, SPHR, SHRM - SCP
Manager, EEO & AA
(402) 544-8071
kanicoli@up.com

