Plaintiff's Exhibit E



Recruit Web **View Application**

? Search **Current User**: ladm279

**Applicant Summary Information**

| | |
|---|---|
| **Name:** | Avina, Nancy |
| **Candidate ID:** | [redacted] 22 |
| **Inactive Account:** | **N** |
| **Primary Account:** | [redacted]**522** |
| **Job Order:** | 085585<br>Admin Aide<br>Kansas City, MO |
| **Application Date:** | 06/06/2018 |
| **PQ Score:** | 3 |
| **Current Status:** | **Not Competitive with Best Candidates (Eliminated After Interview)** (08/22/2018) |
| **Message to Candidate:** | Web Status Message |
| **Message to Candidate (Old):** | Web Status Message |

| | |
|---|---|
| **Address:** | 958 S. 73rd Ter Lot 093<br>Kansas City, KS 66111<br>USA |
| **Primary Phone:** | [redacted] 61 |
| **Secondary Phone:** | |
| **Email:** | [redacted] |
| **Empl - Cust Status:** | Active - Active |
| **Employee ID:** | [redacted] 92 |
| **Candidate Accounts:** | Details |

**Actions**

Copy/Export
Edit Contact Info
Offer Letter
Offer Letter Admin
Send Email
Verify I-9
Set Disposition
Scan Docs
View Docs
Print All Docs

Full Application | Qualifications / General | Previous Employers | Education | PQs | Status History | Candidate Applications | SAP Data | Discipline Actions

**Qualifications / General**

| | |
|---|---|
| **Qualification Description:** | Business Clerical and Secretary Diploma from Kansas City Job Corps, various administrative and clerical experience |
| **Date Available:** | 25-Jun-2018 |
| **Foreign Languages:** | |
| **Referral Source:** | I am a current employee |

**Licenses and Certifications:**

None listed

**Relevant Skills:**

**Previous Employers**

**How many years of post-high school, full time employment have you worked?** 12 years,9 months

**Periods of employment :**

The FRA requires an applicant disclose all prior railroad employment. In the previous section we only ask for the last 7 years of employment history. Gaps may exist between prior railroad experience and the last 7 years of other employment history.

**Railroad employment :**

| | | |
|---|---|---|
| **Time at job:** 13 years, 10 months | **Employer :** Union Pacific Railroad | **Start Date:** 01-Sep-2005 |
| | | **End Date:** present |
| | | **Dismissed/Fired?:** No |
| | **Employer Address :** 325 S. 5th Street, Kansas City, KS, USA | **May we contact Supervisor?:** Yes |
| | | **Supervisor's Name:** Jennifer Perkins |
| | | **Supervisor's Phone:** [redacted] 45 |
| | **Employer Phone :** 8163991560 | **Starting Wage:** |
| | | **Ending Wage:** |
| | **Job Title :** Clerk present | |
| | **Job Description :** Car department, one spot, Warehouse clerical, shipping receiving problem solving, inventory, customer service | |
| | **Reason for Changing :** Looking for advancement and different challenge | |

**Please describe any additional employment information not provided as part of your work history :**

**Periods of unemployment :**

| | | | |
|---|---|---|---|
| **Education :** | College | **Degree Status :** | Some Credit - No Diploma |
| **School Name :** | Kansas city Job, Corps and Johnson Community College | **GPA :** | 2.5 |
| **Country :** | USA | **Degree :** | Trade School Graduate |
| **City, State :** | Kansas City,MO | **Major1 :** | Administration |
| | | **Major2 :** | Real Estate |
| | | **Last Attended Date** | 01-Oct-2004 |

UP-AVINA

### Status History

| Effective Date | Date Entered | Description | Message Text | Post Comment | Last Update User | edit |
|---|---|---|---|---|---|---|
| 08/22/2018 13:03:47 | 08/22/2018 13:03:56 | **Not Competitive with Best Candidates (Eliminated After Interview)** | | Reason:<br>* Not Competetive with Best Candidates (Eliminated After Interview)<br>Notes:<br>* Applied knowledge and experience not as strong as other candidates | **Weindel,Dawn Rochelle** | Edit |
| 08/06/2018 11:52:24 | 08/06/2018 11:52:54 | Interview/Invite to First Interview | | 08/07 interviews with Supt., DTS, and Kelly Mitchel starting 1300 | Mitchel,Kelly Joe | Edit |
| 08/06/2018 00:00:00 | 06/18/2018 10:41:11 | ~~Below Minimum Position Requirements - Eliminated~~ | | No degree<br>EDIT: (2018/08/06 11:43:05 D R Weindel ) Entered in error<br>Reason:<br>* Below Minimum Standards<br>Notes:<br>* Lacks Minimum Education Requirement (Degree, Major or Field of Study) | ~~Weindel, Dawn R~~ | Edit |
| 08/06/2018 00:00:00 | 06/18/2018 10:40:25 | ~~New Application Received/ Application Under Review (No)~~ | | EDIT: (2018/08/06 11:44:00 D R Weindel ) entered in error | ~~Weindel, Dawn R~~ | Edit |
| 06/06/2018 11:39:00 | 06/06/2018 11:39:00 | New Application Received/ Application Under Review | | | APP | Edit |

### PQs

| Question | Answer | Knockout? |
|---|---|---|
| Do you have 2 year(s) experience in computer applications Mainframe and MicroSoft products for chart and graphics processing and document preparation | Yes | |
| Do you have 2 year(s) experience in Railroad operations understanding of basic operations | Yes | |
| Do you have 2 year(s) experience working in an administrative position or clerical position within UPRR | Yes | |

No data for background investigation, medical clearance, or PAT results

### Education Background

CONFIDENTIAL                                                                                                                                    UP-AVINA000035

# Nancy Avina

| | | | |
|---|---|---|---|
| **Preferred Name:** | Nancy | **Candidate ID:** | ▉522 |
| **Address:** | 958 S. 73rd Ter Lot 093 | **Job ID:** | 085585 |
| **City/State:** | Kansas City, KS | **Job:** | Administrative Aide, Kansas City, MO |
| **Primary Phone:** | ▉ | | |
| **Secondary Phone:** | | **Application ID:** | yjiucvdc_085585_kmdqy |
| | | **Application Date:** | 06/06/2018 |
| **Referral Solicited:** | NO | **UP Employment:** | Current employee |
| **Referral Received:** | NO | | |
| **Email Address:** | ▉ | | |

| | |
|---|---|
| **Qualification Description:** | Business Clerical and Secretary Diploma from Kansas City Job Corps, various administrative and clerical experience |
| **Date Available:** | 06/25/2018 |

| **Skills & Expertise:** | Skill Name | Proficiency | Years of Experience |
|---|---|---|---|
| | | | |

## Education

| | | |
|---|---|---|
| **10/2004 Last Attended Date** | Kansas city Job, Corps and Johnson Community College , Trade School Graduate, Administration, Real Estate, Kansas City, MO, USA | 2.5 GPA |

## Work Experience

**Union Pacific Railroad**, Kansas City, KS

Clerk present

September 2005

Car department, one spot, Warehouse clerical, shipping receiving problem solving, inventory, customer service

| | | | |
|---|---|---|---|
| **Railroad Job?** | YES | **Are you still working at this position?** | YES |
| **Reason for change:** | Looking for advancement and different challenge | | |

## Previous Rail Road Experience

**Union Pacific Railroad**, Kansas City, KS

Clerk present

September 2005

Car department, one spot, Warehouse clerical, shipping receiving problem solving, inventory, customer service

| | | | |
|---|---|---|---|
| **Employer Phone:** | ▉1560 | **Are you still working at this position?** | YES |
| **Supervisor Name:** | Jennifer Perkins | | |
| **Supervisor Phone:** | ▉945 | | |

## Position Specific Questions

| Questions | Answer |
|---|---|
| Do you have 2 year(s) experience in computer applications Mainframe and MicroSoft products for chart and graphics processing and document preparation? | YES |
| Do you have 2 year(s) experience in Railroad operations understanding of basic operations? | YES |

Nancy Avina, Summary page

| Do you have 2 year(s) experience working in an administrative position or clerical position within UPRR? | YES |
|---|---|

### Heard About It From

I am a current employee of Union Pacific

### Criteria Questions

### Solicit An Employee Referral

**Do you want to solicit an employee referral?**
No